AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 19-07310MJ |
| Warren Jose   DOB 1983 | ) | |
| *Defendant* | ) | |

I hereby attest and certify on 4/9/19
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Warren Jose,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to transport an illegal alien and conspiracy to harbor an illegal alien.

Date:   4/9/19

*Issuing officer's signature*

City and state:   Tucson, AZ

Honorable Jacqueline M. Rateau, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/09/2019, and the person was arrested on *(date)* 04/13/2019
at *(city and state)* PHOENIX, AZ.

Date:   04/16/2019

*Arresting officer's signature*

CHAD LAKOSKY, SPECIAL AGENT, HSI
*Printed name and title*