# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 19-07310MJ-001-TUC-LAB |
| Plaintiff, | **ORDER** |
| v. | |
| Warren Jose, | |
| Defendant. | |

Thereafter, the Court amends the order dated April 17, 2019 [Doc. 7] and withdraws the appointment of attorney Christopher Dupont. Attorney Erin Carrillo remains as appointed counsel of record.

Dated this 17th day of April, 2019.

Honorable D. Thomas Ferraro
United States Magistrate Judge